IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PAUL SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SOUTH SALT LAKE; DANIELLE CROYLE; and S. REDDEN,<br><br>Defendants. | **ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Case No. 2:26-cv-00620-RJS-DBP<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

On July 30, 2026, Defendants filed a motion dismiss[1] Plaintiff's Complaint.[2] On July 31, 2026, Plaintiff filed a First Amended Complaint.[3] Magistrate Judge Dustin B. Pead subsequently issued a Report and Recommendation recommending the court dismiss Defendants' Motion as moot.[4] Defendants' filed a motion to dismiss the First Amended Complaint on August 14, 2026.[5]

Defendants' Motion now challenges a complaint that is no longer operative. Accordingly, the court ADOPTS the Report and Recommendation[6] and DENIES the Motion[7] as MOOT.

SO ORDERED this 17th day of August 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

[1] Dkt. 15, *City of South Salt Lake's Rule 12(B)(6) Motion to Dismiss* (*Motion*).

[2] Dkt. 1, *Complaint*.

[3] Dkt. 17, *First Amended Complaint*.

[4] Dkt. 18, *Report and Recommendation*.

[5] Dkt. 19, *City of South Salt Lake's Rule 12(B)(6) Motion to Dismiss Plaintiff's First Amended Complaint*.

[6] Dkt. 18.

[7] Dkt. 15.